UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIA L. GONZALEZ,                    )        Case No.  EDCV 07-1259 RNB
                                      )
                    Plaintiff,        )
                                      )        **J U D G M E N T**
          vs.                         )
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of Social                )
Security,                             )
                                      )
                    Defendant.        )
_____)

          In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social

Security is affirmed and this action is dismissed with prejudice.


DATED:  June 18, 2008


                                        _____
                                        ROBERT N. BLOCK
                                        UNITED STATES MAGISTRATE JUDGE